UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Anastasia Sykes<br><br>　　　　Debtor(s) | Case No. 12 B 11743 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 03/24/2012.

　　2) The plan was confirmed on 07/16/2012.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/16/2012.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5) The case was Dismissed on 11/04/2013.

　　6) Number of months from filing to last payment: 19.

　　7) Number of months case was pending: 22.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,784.71 |
| Less amount refunded to debtor | $92.31 |

**NET RECEIPTS:** **$3,692.40**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,554.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $137.46 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,692.40**

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Receivables | Unsecured | 1,615.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Affinity Cash Loans | Unsecured | 962.67 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 325.00 | 407.76 | 407.76 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 356.79 | 356.79 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,273.66 | 893.00 | 893.00 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,218.00 | 704.79 | 704.79 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 657.68 | 657.68 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 1,615.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 969.38 | 779.54 | 779.54 | 0.00 | 0.00 |
| Arm Professional Service | Unsecured | 1,615.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 4,033.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 2,837.83 | 2,489.11 | 2,489.11 | 0.00 | 0.00 |
| Cash Star Group | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 100.00 | 220.00 | 220.00 | 0.00 | 0.00 |
| Clearwater Bay Marketing LLC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Complete Credit Solutions Inc | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Services | Unsecured | 11,287.29 | 12,540.90 | 12,540.90 | 0.00 | 0.00 |
| Contract Callers | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Creditors Bankruptcy Service | Unsecured | 300.00 | 375.00 | 375.00 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 1,002.65 | 3,536.49 | 3,536.49 | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 220.57 | NA | NA | 0.00 | 0.00 |
| Galway Financial Services | Unsecured | 519.46 | 700.00 | 700.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Genesis Financial Svcs DBA USA Webca: | Unsecured | 993.16 | NA | NA | 0.00 | 0.00 |
| Grand Pointe | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 130.00 | 130.05 | 130.05 | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 4,000.00 | 1,486.80 | 1,486.80 | 0.00 | 0.00 |
| ISAC | Unsecured | 5,558.00 | 5,175.63 | 5,175.63 | 0.00 | 0.00 |
| ISAC | Unsecured | NA | 5,666.14 | 5,666.14 | 0.00 | 0.00 |
| Magnum Cash Advance | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Mywebfunds.Com | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| National Service Center | Unsecured | 911.00 | NA | NA | 0.00 | 0.00 |
| National Service Center | Unsecured | 809.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 1,486.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 185.00 | 192.28 | 192.28 | 0.00 | 0.00 |
| One Click Cash | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Oneclickcash.Com | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | NA | 420.32 | 420.32 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 452.00 | 451.78 | 451.78 | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Rcvl Per Mng | Unsecured | 906.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 1,000.00 | 1,481.33 | 1,481.33 | 0.00 | 0.00 |
| Receivables Performance | Unsecured | 906.00 | NA | NA | 0.00 | 0.00 |
| Salute Card | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 2,141.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| The Money Market | Unsecured | 729.77 | NA | NA | 0.00 | 0.00 |
| The Payday Loan Store | Unsecured | 585.63 | NA | NA | 0.00 | 0.00 |
| Turner Acceptance Corporation | Unsecured | 7,214.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Zoom Payday | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,665.39** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,692.40 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$3,692.40** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014          By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**